IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSE TORRES, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | )   Case No.:  4:12-cv-02373 CDP |
| -vs- | ) |
| | ) |
| SIMPATICO, INC, et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Eighth Circuit from the final memorandum and order entered in this action on February 3rd, 2014.

Respectfully submitted,

LAW OFFICE OF JONATHAN E. FORTMAN, LLC

By    __/s/ Jonathan E. Fortman_____
Jonathan E. Fortman #40319MO
Attorney for Plaintiffs/Putative Class Members
250 Saint Catherine Street
Florissant, Missouri  63031
(314) 522-2312
(314) 524-1519 Fax
jef@fortmanlaw.com

A true and accurate copy of the forgoing has been served upon all parties via the Court's ECF Filing system

_____/s/ Jonathan E. Fortman_____